UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WEBSTER BANK, N.A.,
              Plaintiff,

v.                                      **ORDER**

WATSON, et al,                        23-CV-05427 (PMH)

              Defendants.
-----------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

      On June 26, 2023, Plaintiff Webster Bank, N.A. ("Plaintiff") commenced the instant action against Defendants James D. Watson and Pamela L. Watson ("Defendants"). (Doc. 1). Plaintiff filed an Amended Complaint on June 27, 2023. (Doc. 10).

      On June 29, 2023, the Clerk of Court issued summonses as to Defendants. (Docs. 13-14). On October 12, 2023, the Court issued an Order warning that the action would be dismissed pursuant to Fed. R. Civ. P. 4(m) unless Plaintiff filed proof of service on Defendants or showed good cause for its failure to serve Defendants. (Doc. 15). Thereafter, Plaintiff filed proof of service as to Defendants and the Court granted an extension of Plaintiff's time to serve *nunc pro tunc*. (Doc. 16; Doc. 17; Doc. 18; Doc. 19). Defendant Pamela Watson filed a letter on the docket on November 6, 2023 indicating her intentions to respond to the Summons. (Doc. 24). However, neither Defendant filed an answer or otherwise responded to the Complaint. Plaintiff obtained a Clerk's Certificate of Default as to Defendants on November 8, 2023. (Doc. 29; Doc. 30). There has been no activity on the docket since the filing of the Clerk's Certificates of Default.

      Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by January 5, 2024. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
       December 1, 2023

_____
Hon. Philip M. Halpern
United States District Judge