# M|W|N

## MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.     ALAN WEINREB, ESQ.     CYNTHIA A. NIERER, ESQ.

---

June 13, 2024

**VIA CM/ECF**
Hon. Kenneth M. Karas, U.S.D.J
United States District Court - S.D.N.Y.
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601

> RE: *Webster Bank, N.A. v. Watson, et al.,*
> **S.D.N.Y. Case No. 23-cv-05427-KMH-AEK**
> **Letter Concerning Defendants' Joint Request To Stay Discovery**

Dear Judge Karas,

We represent Plaintiff in the above-referenced Breach of Contract Action. We write in response to Your Order directing us to submit any opposition to the requested stay of discovery on or before June 14, 2024. *See* ECF Dkt. No.: 23. Plaintiff does not oppose the Defendants' joint request for a stay of discovery pending the outcome of Third Party Defendant Tweed VP Holdings LLC's contemplated motion to dismiss the third party complaint. Plaintiff only requests that Third Party Defendant be directed to file its contemplated motion within the next thirty (30) days.

Plaintiff thanks this Court for its continued attention to this matter.

Respectfully Submitted,

*/s/ Seth D. Weinberg*
Seth D. Weinberg, Esq.

cc:     **VIA CM/ECF**
Condon Paxos PLLC
Brian K. Condon, Esq.
55 Old Turnpike Road, Ste 502
Nanuet, New York 10954
*Counsel for Defendant James D. Watson*

---

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

165 EILEEN WAY, SUITE 101     SYOSSET, NEW YORK 11791     T. (516) 921-3838     F. (516) 921-3824     WWW.NYFCLAW.COM

Feerick Nugent MacCartney PLLC
Donald J. Feerick, Jr.
96 S. Broadway
South Nyack, New York 10960
*Counsel for Defendant Pamela L. Watson*

Bochner PLLC
Jeremy M. Doberman, Esq.
1040 Avenue of the Americas, 15 Floor
New York, New York 10018
*Counsel for Third Party Defendant Tweed VP Holdings LLC*

> The case is stayed until the Third-Party motion practice is resolved. Third-Party Defendant's Motion to Dismiss is due 7/12/24. The response is due 8/13/24. The reply is due 8/27/24.
>
> So Ordered.
>
> *[signature]*
> 6/13/24