# MWN

## MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.        ALAN WEINREB, ESQ.        CYNTHIA A. NIERER, ESQ.

November 25, 2025

**VIA CM/ECF**
Hon. Andrew E. Krause
United States District Court - S.D.N.Y.
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601

> **RE:** ***Webster Bank, N.A. v. Watson, et al.,***
> **S.D.N.Y. Case No. 23-cv-05427-PMH**
> **Joint Letter Concerning Dismissal of 3rd Party Complaint and Resumption of Discovery**

Dear Judge Krause,

We represent Plaintiff in the above-referenced Breach of Contract Action. Please consider this joint letter in response to the Docket Order dated November 19, 2025 where you ordered that the parties provide a joint letter regarding the status of discovery and any outstanding discovery that needs to be completed.

Discovery in this matter has been stayed since this Court's June 13, 2024 Order that stayed all discovery until the Third-Party motion practice was resolved. *See* ECF Dkt. No.: 65. As a result of this court ordered stay, no discovery has taken place in this action. By the Order dated November 17, 2025, this Court dismissed the Defendants' Third-Party action with prejudice for failure to prosecute. *See* ECF Dkt. No.: 74.

The outstanding discovery is as follows:

- Plaintiff's interrogatories to Defendant Pamela L. Watson;
- Plaintiff's document demands to Defendant Pamela L. Watson;
- Plaintiff's request to admit to Defendant Pamela L. Watson;
- Plaintiff's deposition of Defendant Pamela L. Watson;
- Plaintiff's interrogatories to Defendant James D. Watson;
- Plaintiff's document demands to Defendant James D. Watson;
- Plaintiff's request to admit to Defendant James D. Watson;
- Defendant James D. Watson's document demands to Plaintiff;
- Defendant Pamela L. Watson's document demands to Plaintiff;

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

The parties have conferred and request that this Court "So Order" the following discovery schedule:

- Responses to all outstanding notices to admit – January 16, 2026
- Responses to all outstanding interrogatories – January 16, 2026
- Responses to all outstanding document demands – January 16, 2026
- Depositions of Pamela L. Watson and James D. Watson – February 13, 2026 (on or before)

Thank you for your continued attention to this mater.

Respectfully Submitted,

*/s/ Seth D. Weinberg*
Seth D. Weinberg, Esq.
seth@nyfclaw.com

cc:    **VIA MC/ECF**
Feerick Nugent MacCartney, PLLC
Donald Feerick, Jr. Esq.
96 South Broadway
South Nyack, New York 10960
E: dfeerick@fnmlawfirm.com
*Counsel for Defendant Pamela Watson*

Condon Paxos PLLC
Brian K Condon, Esq.
55 Old Turnpike Road
Suite 502
Nanuet, NY 10954
E: Brian@CondonPaxos.com
*Counsel for Defendant James D. Watson*

APPLICATION GRANTED.  The Court adopts the parties' proposed discovery schedule as set forth in this letter.  A telephonic status conference with Magistrate Judge Krause is hereby scheduled for **Friday, January 23, 2026, at 10:00 a.m.** To access the teleconference, please follow these directions: (1) dial the meeting number: (855) 244-8681; (2) enter the access code: 23125035451; and (3) press pound (##) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  November 25, 2025

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge